### 3670.  PONDER v. THE STATE.

RUSSELL, J.  The evidence in behalf of the State demanded a verdict finding the defendant guilty of murder, and under the defendant's statement he was fully justified in the homicide.  There is no view of the evidence which authorized the submission of the issue of the defendant's guilt of voluntary manslaughter to the jury, and the court erred in instructing the jury upon the subject of voluntary manslaughter.

*Judgment reversed. Pottle, J., not presiding.*
DECIDED APRIL 2, 1912.

Conviction of manslaughter; from Screven superior court— Judge Rawlings.  August 12, 1911.

*J. W. Overstreet,* for plaintiff in error.

*Alfred Herrington,* solicitor-general, *Hines & Jordan,* contra.